**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GLINDA ROSE ATKINSON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:22-10073 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/14/2022 and confirmed on 03/31/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,243.45 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,238.45 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 768.50 | |
| Trustee Fee | 65.06 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 833.56 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| US BANK TRUST NA - OWNER TRUSTEE F | 0.00 | 1,248.20 | 0.00 | 1,248.20 |
| Acct: 2599 | | | | |
| US BANK TRUST NA - OWNER TRUSTEE F | 20,736.30 | 0.00 | 0.00 | 0.00 |
| Acct: 2599 | | | | |
| ERIE COUNTY TAX CLAIM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ERIE WATER WORKS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ERIE WATER WORKS* | 712.12 | 0.00 | 0.00 | 0.00 |
| Acct: 9920 | | | | |
| CONSUMER PORTFOLIO SVCS/CPS | 2,552.75 | 67.61 | 89.08 | 156.69 |
| Acct: 3653 | | | | |
| | | | | 1,404.89 |
| Priority | | | | |
| MICHAEL S JAN JANIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GLINDA ROSE ATKINSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| GLINDA ROSE ATKINSON | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL S JAN JANIN ESQ | 4,500.00 | 768.50 | 0.00 | 0.00 |
| Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
| HEALTH AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0863 | | | | |
| MEDICAL ASSOCIATION OF ERIE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4204 | | | | |
| NATIONAL FUEL GAS DISTRIB CORP | 2,404.45 | 0.00 | 0.00 | 0.00 |
| Acct: 5501 | | | | |
| NIGHTINGALE NURSING AND REHAB CEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 103 | | | | |
| PENELEC/FIRST ENERGY** | 2,091.14 | 0.00 | 0.00 | 0.00 |
| Acct: 6111 | | | | |
| SAINT MARYS HOME OF ERIE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC HAMOT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC HAMOT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6350 | | | | |
| PADGETT LAW GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PINCUS LAW GROUP PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BAYVIEW LOAN SERVICING LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HLADIK ONORATO & FEDERMAN LLP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |

**TOTAL PAID TO CREDITORS**                                                                                     1,404.89

TOTAL CLAIMED
PRIORITY            0.00
SECURED         24,001.17
UNSECURED        4,495.59

Date: 02/03/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com